■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW MARTIN, Appellant. [813 NYS2d 348]—Order unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38

[1979]). (Appeal from Order of Ontario County Court, Craig J. Doran, J.—Sex Offender Registration Act). Present—Pigott, Jr., P.J., Scudder, Kehoe, Pine and Hayes, JJ.